# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SANDRA ANNE VALENTINE,

    Plaintiff,

v.                                     CASE NO. 4:14cv68-RH/CAS

DEPARTMENT OF HOMELAND
SECURITY, TRANSPORTATION
SECURITY ADMINISTRATION,

    Defendant.

_____/

## ORDER FOR TRANSFER

      The plaintiff filed this case in the Middle District of Florida asserting claims against a federal agency. "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have brought . . . ." 28 U.S.C. § 1404(a). The Middle District transferred the case to this district on the court's own motion, because the complaint listed the plaintiff's address in this district. Given the nature of the allegations, it appeared the case could best go forward in this district.

As it turns out, the plaintiff's address was fictitious, assigned under a state program that allows individuals who are fleeing domestic violence to keep their actual addresses out of public records. The government has moved to transfer the case back to the Middle District, asserting, with substantial basis, that the plaintiff probably lives there. The magistrate judge entered an order giving the plaintiff an opportunity to respond, but she did not respond.

Transferring a case back and forth ordinarily should be avoided. But here, new information has come to light that makes this the correct result.

The motion to transfer is before the court on the magistrate judge's report and recommendation, ECF No. 17. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The case is transferred to the United States District Court for the Middle District of Florida, Orlando Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on August 21, 2014.

> s/Robert L. Hinkle
> United States District Judge